# Fifth District Court of Appeal
## State of Florida

———————————————————

Case No. 5D2023-2262
LT Case No. 2020-CF-001725-A

———————————————————

ZACHERY MAURICE WALDO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Matthew J. Metz, Public Defender, and Zachary Wiseman, Assistant Public Defender, Daytona Beach, for Appellant.

Zachery Maurice Waldo, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

May 14, 2024

PER CURIAM.

   AFFIRMED.

MAKAR, HARRIS and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____